UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-62144-CIV-ROSENBAUM/SELTZER

THE COSAC FOUNDATION, INC.,
d/b/a *The Homeless Voice*,

        Plaintiff,

v.

CITY OF PEMBROKE PINES and
DAN GUISTINO, in his official capacity
as Chief of Police for the City of
Pembroke Pines,

        Defendants.
_____/

### ORDER CONVERTING MOTIONS TO DISMISS TO MOTIONS FOR SUMMARY JUDGMENT

This matter is before the Court on a review of the record. Pending before the Court is Defendant City of Pembroke Pines's Motions to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. [D.E. 7]. Defendant's Motion relies in part on an affidavit, which is outside the pleadings in this case. Accordingly, the Court deems it appropriate to convert Defendants' Motion to Dismiss into a Motion for Summary Judgment pursuant to Rule 12(d), Fed. R. Civ. P. Defendants shall have until **May 13, 2013**, to make any desired changes to their motion and present a supporting statement of undisputed material facts. Plaintiff's response brief, and any subsequent reply brief from Defendants, shall conform to the deadlines, form, and procedures governing summary-judgment motions as set out in the Federal Rules of Civil Procedure and this Court's Local

Rules.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 29th day of April 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

copies:

The Honorable Barry S. Seltzer

Counsel of Record